UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AMY MILLAM, | ) |
| | ) |
| Plaintiff, | ) Cause No.: 4:21-cv-00306-FJG |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ZACHARY GARDINER, and | ) |
| OLD DOMINION FREIGHT LINE, INC. | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate and agree that all of Plaintiff's claims against Defendants Zachary Gardiner and Old Dominion Freight Line, Inc. are hereby dismissed with prejudice, with each party to bear its own costs.

/s/ Russell C. Purvis
Russell C. Purvis            #41386
DIPASQUALE MOORE, LLC
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7501
Fax:    (816) 888-7519
E-mail: russell.purvis@dmlawusa.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Joseph R. Swift
Joseph R. Swift        #37241
BAKER STERCHI COWDEN & RICE, LLC
100 North Broadway, 21st Floor
St. Louis, MO 63102
Phone:  (314) 345-5000
E-mail: jswift@bscr-law.com
**ATTORNEYS FOR DEFENDANTS**

1